Vahe Khojayan (SBN 261996)
YK Law, LLP
445 S. Figueroa Street, Ste 2280
Los Angeles, CA 90071
Tel: (213) 401-0970
Fax: (213) 529-3044
E-mail: vkhojayan@yklaw.us

Attorneys for Plaintiff JAMES CHEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAMES CHEN,<br><br>            Plaintiff,<br><br>     vs.<br><br>AT&T MOBILITY, LLC; and DOES 1 – 100 Inclusive.<br><br><br>            Defendants | Case No.: 2:20-cv-7897-RSWL-SK<br><br>Hon: Ronald S.W. Lew<br><br>**NOTICE OF SETTLEMENT** |

1

**NOTICE OF SETTLEMENT**

TO THE HONORABLE RONALD S.W. LEW, AND ALL INTERESTED PARTIES:

Please take notice that Plaintiff James Chen and Defendant AT&T Mobility, LLC have settled this case.

Date: 09/22/2021                                         By:      /s/ Vahe Khojayan
                                                                          Vahe Khojayan
                                                                          YK LAW, LLP
                                                                          Attorney for Plaintiff

**NOTICE OF SETTLEMENT**