Vahe Khojayan (SBN261996)  
YK Law, LLP  
445 S. Figueroa Street, Ste 2280  
Los Angeles, CA 90071  
Tel: 213-401-0970  
Fax: 213-529-3044  
Email: vkhojayan@yklaw.us  

JS-6

Attorneys for Plaintiff JAMES CHEN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAMES CHEN,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY, LLC; and DOES 1 – 100 Inclusive.<br><br>Defendants | Case No.: 2:20-cv-7897-RSWL-SKx<br><br>Hon: Ronald S.W. Lew<br><br>**[PROPOSED] ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE [FED. R. CIV. P. 41(a)(1)(A)(ii)]** |

Pursuant to the Stipulation of the Parties under Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court hereby orders as follows:

1. This case is dismissed with prejudice.
2. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Date: September 30, 2021

                                           __/S/ RONALD S.W. LEW_____  
                                           HON. RONALD S.W. LEW  
                                           UNITED STATES DISTRICT JUDGE

**ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE**